**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Park Place Master Tenant, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 45-4983963 |

| 4. | Debtor's address | **Principal place of business**<br><br>25 E, Foothill Blvd.<br>Arcadia, CA 91006<br>Number, Street, City, State & ZIP Code<br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>940 East Colorado Blvd Pasadena, CA 91106<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |
|---|---|---|

Debtor  **Park Place Master Tenant, LLC**                                        Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **5311**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No
■ Yes.

| Debtor | **See Attachment** | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 2

Debtor  **Park Place Master Tenant, LLC**  Case number (*if known*) _____
      Name

11. **Why is the case filed in *this district?***  Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard?  _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other  _____

    **Where is the property?**  _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.  Insurance agency  _____
           Contact name  _____
           Phone  _____

---

**Statistical and administrative information**

13. **Debtor's estimation of available funds**
    Check one:
    ☒ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    ☐ 1-49
    ☐ 50-99
    ☒ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated Assets**
    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million
    ☒ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million
    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**
    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million
    ☐ $1,000,001 - $10 million
    ☒ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million
    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

Debtor   **Park Place Master Tenant, LLC**                                    Case number (if known) _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 23, 2021**
              MM / DD / YYYY

X _____     **Kin Hui**
  Signature of authorized representative of debtor     Printed name

Title   **Manager of Managing Member**

**18. Signature of attorney**

X _____     Date  **September 23, 2021**
  Signature of attorney for debtor                      MM / DD / YYYY

**Jeffrey B. Smith 150095**
Printed name

**Curd, Galindo & Smith, LLP**
Firm name

**301 E. Ocean Blvd. Suite 1700**
**Long Beach, CA 90802**
Number, Street, City, State & ZIP Code

Contact phone  **562-624-1177**     Email address   **jsmith@cgsattys.com**

**150095 CA**
Bar number and State

Debtor  **Park Place Master Tenant, LLC**  Case number *(if known)*
       Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)*                                Chapter    **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | Boardwalk Capital SPE, LLC | | Relationship to you | | **Affiliate** |
| District | U.S.B.C. Central District Los Angeles Division | When | **2/24/21** | Case number, if known | **2:21-bk-11646-WB** |
| Debtor | Park Place Commercial SPE, LLC | | Relationship to you | | **Affiliate** |
| District | U.S.B.C. Central District of California, Los Angeles Div. | When | **2/24/21** | Case number, if known | **2:21-bk-11463-WB** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Park Place Master Tenant, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Allbridge PO Box 10101 Albany, NY 12201 | | Trade Vendor | | | | $18,171.31 |
| Amadeus Hospitality Americas, Inc. 29618 Network Place Chicago, IL 60673 | | Trade Vendor | | | | $75,029.79 |
| American Hotel Register Company PO Box 206720 Dallas, TX 75320 | | Trade Vendor | | | | $14,379.93 |
| Booking.com B.V. P.O. BOX 740401 Los Angeles, CA 90074 | | Trade Vendor | | | | $17,996.24 |
| Daily Building Service, Inc. 1423 Virginia Avenue Glendale, CA 91202 | | Trade Vendor | | | | $111,761.70 |
| Elan Financial Cardmember Service P.O BOX 790408 Saint Louis, MO 63179 | | Trade Vendor | | | | $23,716.05 |
| Galexy Inc. 512 S Centralpark E. Anaheim, CA 92802 | | Trade Vendor | | | | $61,326.52 |
| Intelity Solutions, Inc. 7335 W Sand Lake Road Suite 210 Orlando, FL 32819 | | Trade Vendor | | | | $34,880.24 |

Debtor  **Park Place Master Tenant, LLC**　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| KONE Inc<br>4156 PO Box 894156<br>Los Angeles, CA 90189 | | Trade Vendor | | | | $22,104.79 |
| Li Orient<br>25 E Foothill Blvd.<br>Arcadia, CA 91006 | | Trade Vendor | | | | $26,015.51 |
| Los Angeles County Tax Collector<br>P.O.Box 54027<br>Los Angeles, CA 90054 | | Trade Vendor | | | | $35,183.86 |
| Oracle America, Inc.<br>PO Box 44471<br>San Francisco, CA 94144 | | Trade Vendor | | | | $26,860.84 |
| Park Place Commercial LP<br>C/O Singpoli Pacifica, LLC<br>25 E. Foothill<br>Arcadia, CA 91006 | | Past Due Rent and Related Obligations<br><br>Amount estimated | | | | $9,000,000.00 |
| Pasadena Water & Power<br>PO Box 7120<br>Pasadena<br>Pasadena, CA 91109 | | Trade Vendor | | | | $368,926.61 |
| Preferred Hotel Group<br>38999 Eagle Way<br>Chicago, IL 60678 | | Trade Vendor | | | | $198,393.93 |
| Round The Clock Cleaners<br>827 E Colorado Blvd<br>Pasadena, CA 91101 | | Trade Vendor | | | | $15,483.96 |
| Singpoli Capital Corporation<br>25 E. Foothill Blvd<br>Arcadia, CA 91006 | | Trade Vendor | | | | $50,151.38 |
| SMS Datacenter<br>2525 Main Street, Suite 120<br>Irvine, CA 92614 | | Trade Vendor | | | | $70,342.58 |
| Suitelife Underwriting Manager, LLC<br>75 Remittance Drive Dept. 6126<br>Chicago, IL 60675 | | Trade Vendor | | | | $79,758.45 |

Debtor **Park Place Master Tenant, LLC**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| West Central Produce  12840 Leyva Street  Norwalk, CA 90650 | | Trade Vendor | | | | $14,607.42 |

## United States Bankruptcy Court
### Central District of California

In re    **Park Place Master Tenant, LLC**                                                          Case No.
                                      Debtor(s)                                                     Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Manager of Park Place Master Tenant<br>25 E. Foothill Blvd<br>Arcadia, CA 91006 | Not Applicable | 100% | Member/Equity |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager of Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **September 23, 2021**                          Signature  */s/ Kin Hui*
                                                                    **Kin Hui**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Jeffrey B. Smith 150095**<br>**301 E. Ocean Blvd. Suite 1700**<br>**Long Beach, CA 90802**<br>**562-624-1177 Fax: 562-624-1178**<br>California State Bar Number: **150095 CA**<br>jsmith@cgsattys.com<br><br><br>■ *Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**Park Place Master Tenant, LLC**<br>Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    11 |
|---|---|
| Plaintiff(s),<br><br><br><br><br>Defendant(s). | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Jeffrey B. Smith 150095**                                           , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - ☐ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ■ I am the attorney for the Debtor corporation

2.a. ■ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   See Addendum

   b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**September 23, 2021**
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:  **Jeffrey B. Smith 150095**
Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

In re    <u>Park Place Master Tenant, LLC</u>                                        Case No. _____
                                    Debtor(s)

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)
## Attachment A

**Manager of Park Place Maser Tenant, LLC**

**25 E. Foothill Blvd**

**Arcadia, CA 91006**

Resolution of Board of Directors
of
Park Place Master Tenant, LLC, A California Limited Liability Company

Whereas, it is in the best interest of this limited liability corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Kin Hui, Managing Member of Manager of Park Place Master Tenant, LLC who is the Managing Member of Park Place Commercial Master Tenant, LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the limited liability corporation; and

Be It Further Resolved, that Kin Hui, Manager of Managing Member of this limited liability corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Kin Hui, Manager of Managing Member of this Corporation is authorized and directed to employ Jeffrey B. Smith 150095, attorney and the law firm of Curd, Galindo & Smith, LLP to represent the limited liability corporation in such bankruptcy case.

Date  September 23, 2021                    Signed _____
                                                    Kin Hui, Manager of the Managing Member of Park
                                                    Place Master Tenant, LLC

Date  September 23, 2021                    Signed _____

**United States Bankruptcy Court**
**Central District of California**

In re  Park Place Master Tenant, LLC                                    Case No. _____

                              Debtor(s)                                  Chapter  11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Kin Hui, declare under penalty of perjury that I am the Manager of Manager of Park Place Master Tenant, LLC who is the Managing Member of Park Place Master Tenant, LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Managers of said limited liability corporation at a special meeting duly called and held on the 23rd day of September, 2021..

"Whereas, it is in the best interest of this limited liability orporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Kin Hui, Manager of Managing Member of this limited liability corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the limited liability corporation; and

Be It Further Resolved, that Kin Hui, Manager of Managing Member of this limited liability corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Kin Hui, Manager of Managing Member of this Corporation is authorized and directed to employ Jeffrey B. Smith 150095, attorney and the law firm of Curd, Galindo & Smith, LLP to represent the limited liability corporation in such bankruptcy case."

Date  September 23, 2021                       Signed  _____
                                                Kin Hui, Manager of the Managing Member of Park Place
                                                Master Tenant, LLC