TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyg.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Rosendo Gonzalez
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>PARK PLACE MASTER TENANT, LLC,<br><br>Debtor. | Case No. 2:21-bk-17445-WB<br><br>Chapter 7<br><br>**SUPPLEMENT TO APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS GENERAL BANKRUPTCY COUNSEL [DOC 44] AND RELATED NOTICE [DOC 45]**<br><br>[No Hearing Required] |

**TO THE HONORABLE JULIA W. BRAND, UNITED STATES BANRKUPTCY JUDGE AND ALL INTERESTED PARTIES**:

In accordance with the order entered by this Court on December 20, 2021 [Doc 58] concerning the Application of Chapter 7 Trustee to Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. as General Bankruptcy Counsel (the "Application") filed on November 29, 2021 [Doc 44]**,** Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") respectfully submits the attached fee schedule containing the hourly rates of LNBYG's attorneys, which is

1

referenced as <u>Exhibit 1</u> in the Application,**¹** and in the related notice of the Application (the "Notice").**²**

DATED:  December 21, 2021  LEVENE, NEALE, BENDER, YOO &
               GOLUBCHIK L.L.P.

              By:<u>*/s/ Carmela T. Pagay*</u>
                TIMOTHY J. YOO
                CARMELA T. PAGAY
                Attorneys for Rosendo Gonzalez
                Chapter 7 Trustee

---

**¹** <u>See</u> Application, p. 4, ln. 11
**²** <u>See</u> Notice, p. 4, lns. 9-10.

| ATTORNEYS | 2021 |
|---|---|
| DAVID W. LEVENE | 635 |
| DAVID L. NEALE | 635 |
| RON BENDER | 635 |
| MARTIN J. BRILL | 635 |
| TIMOTHY J. YOO | 635 |
| GARY E. KLAUSNER | 635 |
| EDWARD M. WOLKOWITZ | 635 |
| DAVID B. GOLUBCHIK | 635 |
| BETH ANN R. YOUNG | 620 |
| MONICA Y. KIM | 620 |
| DANIEL H. REISS | 620 |
| PHILIP A. GASTEIER | 620 |
| EVE H. KARASIK | 620 |
| TODD A. FREALY | 620 |
| KURT RAMLO | 620 |
| RICHARD P. STEELMAN, JR. | 620 |
| JULIET Y. OH | 605 |
| TODD M. ARNOLD | 605 |
| CARMELA T. PAGAY | 605 |
| ANTHONY A. FRIEDMAN | 605 |
| KRIKOR J. MESHEFEJIAN | 605 |
| JOHN-PATRICK M. FRITZ | 605 |
| LINDSEY L. SMITH | 525 |

| | |
|---|---|
| JEFFREY KWONG | 525 |
| PARAPROFESSIONALS | 250 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document **SUPPLEMENT TO APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS GENERAL BANKRUPTCY COUNSEL [DOC 44] AND RELATED NOTICE [DOC 45]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 22, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Hal D Goldflam**     hgoldflam@frandzel.com, dmoore@frandzel.com
- **Rosendo Gonzalez (TR)**     rgonzalez@ecf.axosfs.com, rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com
- **Dare Law**     dare.law@usdoj.gov, ron.maroko@usdoj.gov
- **Carmela Pagay**     ctp@lnbyg.com
- **Jeffrey B Smith**     jsmith@cgsattys.com, vphillips@cgsattys.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- **Reed S Waddell**     rwaddell@frandzel.com, sking@frandzel.com
- **Craig A Welin**     cwelin@frandzel.com, bwilson@frandzel.com
- **Timothy J Yoo**     tjy@lnbyb.com

**2. SERVED BY UNITED STATES MAIL**: On **December 22, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 22, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 22, 2021 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                           **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing      Colorado Boulevard - 10212883 LLC        Frandzel Robins Bloom & Csato, L.C.
0973-2                                Frandzel Robins Bloom & Csato, L.C.     1000 Wilshire Boulevard, 19th Floor
Case 2:21-bk-17445-WB                 1000 Wilshire Boulevard, 19th Floor     Los Angeles, CA 90017-2457
Central District of California        Los Angeles, CA 90017-2457
Los Angeles
Tue Nov 23 13:01:29 PST 2021

Park Place Master Tenant, LLC                                                 Allbridge
940 East Colorado Blvd                                                        PO Box 10101
Pasadena, CA 91106-1722                                                       Albany, NY 12201-5101


Amadeus Hospitality Americas, Inc.    Amercian Express (Kin Hui)              American Hotel Register Company
29618 Network Place                   PO Box 0001                             544 LAKEVIEW PARKWAY SUITE 300
Chicago, IL 60673-1296                Los Angeles, CA 90096-0001              VERNON HILLS, IL 60061-1826


American Hotel Register Company       Booking.com B.V.                        Daily Building Service, Inc.
PO Box 206720                         P.O. BOX 740401                         1423 Virginia Avenue
Dallas, TX 75320-6720                 Los Angeles, CA 90074-0401              Glendale, CA 91202-1531


Elan Financial Cardmember Service     Expedia  Inc.                           Galexy Inc.
P.O BOX 790408                        PO Box 844120                           512 S Centralpark E.
Saint Louis, MO 63179-0408            Dallas, TX 75284-4120                   Anaheim, CA 92802-1472


IDEAS                                 (p)INTELITY  INC                        KONE Inc
8500 Normandale Lake Blvd STE 1200    ATTN GENERAL COUNSEL                    4156 PO Box 894156
Minneapolis, MN 55437-3851            600 WILSHIRE BLVD SUITE 700             Los Angeles, CA 90189-4156
                                      LOS ANGELES CA 90017-3219


Li Orient                             (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE    Oracle America, Inc.
25 E Foothill Blvd.                   ATTN BANKRUPTCY UNIT                    PO Box 44471
Arcadia, CA 91006-2306                PO BOX 54110                            San Francisco, CA 94144-0001
                                      LOS ANGELES CA 90054-0110


Otis Elevator Company                 Park Place Commercial LP                Park Place Commercial LP
Dept. LA 21684                        C/O Singpoli Pacifica, LLC              C/O Singpoli Pacifica, LLC
Pasadena, CA 91185-0001               18071 Irvine Blvd                       25 E. Foothill
                                      Tustin, CA 92780-3308                   Arcadia, CA 91006-2306


Park Place Commercial SPE, LLC        Pasadena Water & Power                  Preferred Hotel Group
25 E. Foothill                        PO Box 7120 Pasadena                    38999 Eagle Way
Arcadia, CA 91006-2306                Pasadena, CA 91109-7220                 Chicago, IL 60678-0389


Round The Clock Cleaners              SMS Datacenter                          Singpoli Capital Corporation
827 E Colorado Blvd                   2525 Main Street, Suite 120             25 E. Foothill Blvd
Pasadena, CA 91101-2106               Irvine, CA 92614-6688                   Arcadia, CA 91006-2306
```

Singpoli Construction
25 E. Foothill Blvd. Second Floor
Arcadia, CA 91006-2306

Suitalife Underwriting Manager, LLC
75 Remittance Drive Dept. 6126
Chicago, IL 60675-6126

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

West Central Produce
12840 Leyva Street
Norwalk, CA 90650-6852

Western Supreme Rooter
136 E. SANTA CLARA #1 ARCADIA, CA 9
Arcadia, CA 91006-3203

Jeffrey B Smith
301 E Ocean Blvd Ste 1700
Long Beach, CA 90802-8812

Rosendo Gonzalez (TR)
Gonzalez & Gonzalez Law, P.C.
530 S. Hewitt Street, Suite 148
Los Angeles, CA 90013-1906