TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyg.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244

Attorneys for Rosendo Gonzalez
Chapter 7 Trustee

FILED & ENTERED

JAN 10 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:21-bk-17445-WB |
| PARK PLACE MASTER TENANT, LLC, | Chapter 7 |
| Debtor. | **ORDER AUTHORIZING TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.  AS GENERAL BANKRUPTCY COUNSEL**<br><br>Date: January 6, 2022<br>Time: 10:00 a.m.<br>Place: Courtroom 1375<br>    Roybal Federal Building<br>    255 E. Temple Street<br>    Los Angeles, California 90012 |

The Application of Chapter 7 Trustee to Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P., as General Bankruptcy Counsel [Doc 44] (the "Application"), filed by Rosendo Gonzalez, chapter 7 trustee (the "Trustee") for the bankruptcy estate of Park Place Master Tenant, LLC (the "Debtor"), came on for hearing on January 6, 2022, at 10:00 a.m., in the above-entitled Court before the Honorable Julia W. Brand, United States Bankruptcy Judge. Appearances were waived.

The Court, having considered the Application and pleadings filed therewith, including the Supplement to Application of Chapter 7 Trustee to Employ [Doc 60], and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Application is approved.

2. The Trustee is authorized to employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. as general counsel, with said employment effective as of November 16, 2021, for the purposes set forth in the Application and upon the terms and conditions set forth in the Application.

**IT IS SO ORDERED.**

###

Date: January 10, 2022

Julia W. Brand
United States Bankruptcy Judge